IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

VS.            CRIMINAL CASE NUMBER:  6:19CR60001-001

JAMES VIGIL a/k/a JOKER                                          DEFENDANT

## JUDGMENT OF ACQUITTAL

The Defendant was found not guilty as to Count Two of the Second Superseding indictment.

IT IS ORDERED this 5th day of December, 2019, that the Defendant is acquitted as to Count Two of the Second Superseding Indictment.

**/s/ Susan O. Hickey**
SUSAN O. HICKEY
CHIEF U.S. DISTRICT JUDGE